UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS J. CENCICH,<br><br>                Petitioner,<br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | No. C10-5164 BHS/KLS<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS |

    Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this __30th__ day of March, 2010.

                                                      Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 1