**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| NICHOLAS J. CENCICH,<br><br>                Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | NO. C10-5164 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

    1.    Respondent's motion for an extension of time to July 16, 2010, to file an answer to the habeas corpus petition is **GRANTED**.

    2.    The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  26th  day of May, 2010.

                                                         Karen L. Strombom
                                                         United States Magistrate Judge

ORDER     1