UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS J. CENCICH,<br><br>               Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>              Respondent. | NO. C10-5164 BHS/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION TO STAY AND HOLD PETITION IN ABEYANCE |

     Before the court is Petitioner's motion to stay and hold his habeas corpus petition in abeyance. Dkt. 9. Respondent agrees that it is proper to stay these proceedings until conclusion of the pending state court proceedings. Dkt. 18.

     Mr. Cencich filed his federal habeas corpus petition challenging his state court convictions and a motion to stay on March 31, 2010. Dkt. 1. At this time, Mr. Cencich has one personal restraint petition proceeding that remains pending in the Washington Supreme Court. Dkt. 18, Exh. 1 (Docket, *In re Cencich*, Supreme Court Cause No. 83894-1). Respondent reports that, according to the Washington Supreme Court's docket, the Commissioner of the Washington Supreme Court denied review on April 15, 2010, but Mr.

ORDER           1

Cencich still has the opportunity to file a motion to modify the Commissioner's ruling.  *Id.*, Exh. 1 at 1.

*DISCUSSION*

The Court may stay a petition where the stay would be a proper exercise of discretion. *Rhines v. Weber*, 125 S. Ct. 1528, 1534 (2005); *see also Fetterly v. Paskett*, 997 F.2d 1295 (9th Cir. 1993); *Calderon v. United States Dist. Court (Thomas)*, 144 F.3d 618, 620 (9th Cir. 1998); *Anthony v. Cambra*, 236 F.3d 568 (9th Cir. 2000).  Respondent agrees it would be a proper exercise of discretion for the Court to stay the federal proceedings because it appears the state court proceeding should be resolved in the near future, possibly within the next six weeks. Dkt. 18, p. 2.  If Cencich files a motion to modify, the Washington Supreme Court should rule on the motion shortly thereafter.  After the state court proceedings are completed, Respondent may obtain the state court file for that proceeding, and may file an answer to the federal petition.  Neither party should be prejudiced by the duration of a stay of these proceedings.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion for a stay (Dkt. 9) is **GRANTED** and this matter is **STAYED** pending resolution of the state court proceedings.

(2) Petitioner shall advise the Court within thirty (30) days of receiving a final State court ruling.

DATED this   26th   day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                          2