UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS J. CENCICH,<br><br>                Petitioner,<br><br>       v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | NO. C10-5164 BHS/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION TO CONTINUE STAY AND HOLD PETITION IN ABEYANCE |

By Order dated May 28, 2010, these habeas proceedings were stayed pending resolution of Petitioner's state court proceedings. Dkt. 20. On August 6, 2010, Petitioner advised the court that the Washington Supreme Court denied his motion to modify the state commissioner's ruling denying his request for relief. Dkt. 21. While this action would normally signal an end to his state court proceedings, Petitioner has filed a motion requesting the Washington Supreme Court to reconsider its denial in light of their recent decision in *State v. Bashaw,* No. 81633-6 (July 1, 2010), which Petitioner believes is factually and legally similar to the issues raised in his personal restraint petition. Respondent has not filed a response to Petitioner's request to continue the stay.

Accordingly, it is **ORDERED:**

ORDER     1

(1)     Petitioner's motion to continue the stay (Dkt. 21) is **GRANTED** and this matter is **STAYED** pending resolution of the state court proceedings.

(2)     Petitioner shall advise the Court within thirty (30) days of receiving a final State court ruling.

DATED this  9th  day of September, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                    2