UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS J. CENCICH, | NO. C10-5164 BHS/KLS |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE REPORT WITH COURT |
| v. | |
| MAGGIE MILLER-STOUT, | |
| Respondent. | |

By Order dated May 28, 2010, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. ECF No. 20. On August 6, 2010, Petitioner asked the Court to extend the stay while he pursued a motion for reconsideration of the Washington Supreme Court's denial of his motion to modify. ECF No. 21. Petitioner's request to extend the stay was granted and Petitioner was directed to advise the Court within thirty (30) days of receiving a final State court ruling. *Id.*

Accordingly, it is **ORDERED:**

(1) Petitioner shall advise the Court **on or before January 13, 2012,** as to the status of his state court appeal.

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this  19th  day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER  1