# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NICHOLAS J. CENCICH,<br><br>            Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>            Respondent. | NO. C10-5164 BHS/KLS<br><br>ORDER DIRECTING RESPONDENT TO FILE REPORT WITH COURT |

By Order dated May 28, 2010, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. ECF No. 20. On August 6, 2010, Petitioner asked the Court to extend the stay while he pursued a motion for reconsideration of the Washington Supreme Court's denial of his motion to modify. ECF No. 21. Petitioner's request to extend the stay was granted and Petitioner was directed to advise the Court within thirty (30) days of receiving a final State court ruling. *Id.* The Court ordered Petitioner to file a status report as to his state court appeal on or before January 13, 2012. ECF No. 25. Petitioner has done so. ECF No. 26.

According to Petitioner, the Supreme Court rejected his "Motion to Apply State v. Bashaw" by letter from the Supreme Court Clerk dated August 5, 2010. The motion was placed in the Court's file without further action and Petitioner was notified that the matter is not subject to reconsideration. ECF No. 25, p. 15. Petitioner maintains, however, that a stay of this habeas proceeding is necessary in light of the Washington State Supreme Court's

ORDER - 1

acceptance of discretionary review of another case, *In re Personal Restraint of Scott,* 149 Wn. App. 231, 202 P.3d 985 (2009).

Accordingly, it is **ORDERED:**

(1) Respondent shall provide the Court with a response to Petitioner's claim that the stay remain in place. Respondent is directed to file his response on or before **February 17, 2012.**

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this  3rd  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge