THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FILED ____ LODGED
____ RECEIVED
JAN 17 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

NICHOLAS J. CENCICH,©®

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

NO. C10-5164-BHS-KLS

REPORT AND DECLARATION OF FACTS ADVISING COURT OF STATUS OF STATE APPEAL

Pursuant to Magistrate Judge Karen L. Strombom's order dated December 19, 2011 instructing me to file a report not later than January 13, 2012 regarding the status of my State appeal issues, I submit the following declaration of facts and updated report.

I.   PROCEDURAL HISTORY

1. I received a copy of the aforementioned U.S. District Court Order at Airway Heights Correction Center on or about December 21, 2011.

2. On or about May 28, 2010 the above Court granted my motion to stay and hold in abeyance my habeas corpus proceedings pending full resolution of unresolved issues before the Washington State Supreme Court-- SC Case No. 83894-1 (COA No. 38529-5-II).

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH©® # 767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. Box 2049 R/A-51L
Airway Heights WA [99001-2049]

3. On or about May 22, 2011 I filed by mail through DOC authorities at Airway Heights Corrections Center a report and declaration of facts advising the Court of the status of my unresolved State appeal issues as ordered by the Court on May 10, 2011. [Exhibit No. 1]

4. To date, I have not received any acknowledgment or response to my May 22, 1011 report from either the U.S. District Court or State's counsel--although a copy of this report was mailed to the Washington State Attorney General's Office. [Exhibit No. 1]

## II. STATUS REPORT

1. The following report updates the Court of the status of my unresolved State appeal issues. I incorporate by reference the report and declaration of facts filed with the Court on or about May 22, 2011 by U.S. Postal Service through DOC authorities. [Exhibit No. 1]

2. As indicated in my previous report, the Washington State Supreme Court has not yet filed a written opinion in the Personal Restraint Petition of Joshua Dean Scott, SC Case No. 2-82951-9. [Exhibit No. 2]

3. The Scott case continues to be pivotal to my appellate proceedings.

4. To the best of my understanding, the Supreme Court's pending decision in the Scott case is deciding whether or not weapon enhancements are "substantive" or procedural in nature.

5. To the best of my knowledge and understanding, I cannot proceed with seeking full resolution of my unresolved issues in Washington's appellate court system until their Supreme Court files their written opinion in Scott.

6. I believe in good faith that the unresolved issues in my case are of constitutional magnitude and these issues should not be barred under any procedural rule. And these unresolved issues render my Judgment and Sentence invalid on its face.

7. According to the Supreme Court Clerk, the above issues must be properly before the Court to be considered by the Court. I interpret the Clerk's ruling and refusal to file my motion to modify his ruling as an instruction to raise this matter in another proceeding. [Exhibit Nos. 3 & 4]

8. In further researching these unresolved appellate court issues, it became apparent that the Supreme Court's pending written opinion in the aforementioned Scott case is pivotal to the question of whether or not the unresolved matters in my case are timely and properly before Washington's appellate courts.

## III. CONCLUSION

Based on the above facts and authorities, the petitioner respectfully requests the stay be continued until the issues regarding defective jury instructions, defective charging documents and invalid judgment and sentences are fully and properly before Washington's appellate courts and fully exhausted as required by federal law.

However, if the U.S. District Court, for good cause and in their discretion, decides to lift the stay, I would request that the above identified unresolved state appeal issues be reserved for a second, successive habeas petition by order of the Court.

I declare under the penalty of perjury under the laws of the State of Washington, pursuant to RCW 9A.72.065, and the laws of the United States, pursuant to Title 28 U.S.C., section 1746, that the foregoing is true and correct to the best of my knowledge and ability.

EXECUTED "WITHOUT PREJUDICE" this 8TH day of January, 2012.

s/ NICHOLAS CENCICH ©®
Petitioner / Debtor

Creditor Accepts Debtor's Signature.
Creditor's Signature (Original In Blue Ink) [signature]
Autograph Common Law Copyright c Registered® by Nicholas John: Cencich.
All Rights Reserved.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS J. CENCICH © # 767897
PRO SE PETITIONER / DEBTOR
Airway Heights WA [99001-2049]

Page 3 of 3

# EXHIBIT NO. 1

Report and Declaration of Facts Advising
U.S. District Court of Status of State Appeal

[ Dated May 22, 2011 ]

REPORT & DECLARATION
OF FACTS ADVISING COURT OF
STATUS OF STATE APPEAL
( January 8, 2012)

EXHIBIT NO. 1

THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS J. CENCICH©®, )
                                 ) NO. C10-5164-BHS/KLS
                                 )
            Petitioner, )
                                 ) REPORT AND DECLARATION OF FACTS
v.                               ) ADVISING COURT OF STATUS OF STATE
                                 ) APPEAL
                                 )
MAGGIE MILLER-STOUT, )
                                 )
            Respondent. )

Pursuant to Magistrate Judge Karen L. Strombom's order dated May 10, 2011 instructing me to file a report not later than May 23, 2011 regarding the status of my state appeal issues, I submit the following declaration of facts and report.

## I. PROCEDURAL HISTORY

1. I received a copy of the aforementioned U.S. District Court Order at Airway Heights Corrections Center on May 16, 2011.

2. On or about May 28, 2010 the court granted my motion to stay habeas corpus proceedings pending resolution of issues pending before the State Supreme Court -- SC No. 83894-1.

3. On July 6, 2010, the Supreme Court denied my motion to modify commissioner's ruling denying motion for discretionary review of my Personal Restraint Petition (PRP).

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH©® # 767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 98001-2049

4. I filed with the State Supreme Court, on or about August 3, 2010, a motion to apply <u>State v. Bashaw</u>, 169 Wn.2d 133 (July 1, 2010) to the facts and issues raised in my Personal Restraint Petition.

5. On or about August 3, 2010, I notified the U.S. District Court of the status of the my state appeal status and pending the issues yet to be resolved in the state courts. I also requested that the stay be continued until these issues were fully and fairly presented to the state courts. The U.S. District Court granted this motion and continued the order to stay and hold in abeyance the federal habeas corpus proceedings.

6. The Clerk of the Supreme Court, in a letter dated August 5, 2010 rejected my "<u>Bashaw</u> motion."

7. Petitioner filed a timely Motion to Modify Clerk's Ruling with the State Supreme Court.

8. To the best of my knowledge and understanding, the Motion To Modify The Commissioner's Ruling has not been considered by the State Supreme Court Chief Justice or any other judge or this Court.

9. Because of limited "in-cell-storage-space" inmates must store legal documents in AHCC's property room located out of the residential units. It takes a minimum of one week to get placed on a call-out to access my legal documents. Therefore, I am unable to provide a copy of the Supreme Court Clerk's letter dated August 5, 2010 rejecting my Motion To Apply <u>Bashaw</u> To The Facts And Claims Raised In PRP; or a copy of my Motion To Modify Clerk's Ruling due to having only four working days to make these arrangements in time for meeting the May 23, 2011 dead-line ordered by the Court.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH #767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 99001-2049

## II. ISSUES RIPE FOR STATE COURT REVIEW

10. Petitioner's appeal issues are not time barred under Personal Restraint Petition of Scott, 149 Wn. App. 231, 202 P.3d 985 (2009) because the 1997 and 2004 judgment and sentences are invalid on their face.

11. The State Supreme Court has accepted discretionary review of Scott, case [ 149 Wn. App. 231, (2009) ]. Oral arguments were heard in November 2010. To the best of my knowledge and understanding, as of this date, the Supreme Court has not issued their written opinion in the Scott case.

12. The petitioner anticipates that the Supreme Court will hold to the lower court's decision in Scott which held that the court cannot impose a firearm enhancement based solely on a deadly weapon finding. And in so doing the judgment and sentence is invalid on its face. Therefore, the one year time limit for filing a petition or motion for collateral relief from a criminal judgment and sentence does not apply under RCW 10.73.090.

13. Other unresolved issues that are not limited to the one-year time bar under RCW 10.73.090 are regarding improper and unconstitutional jury instructions regarding the doctrine of transferred intent and deadly weapon special verdict instructions. The Bashaw court clarified the unanimity confusion in State v. Goldberg, 149 Wn.2d 888, 72 P.3d 1083 (2003).

14. The juries in petitioner's 1997 and 2004 trials were instructed with the same instruction in Goldberg. WPIC 160.00--Deadly Weapon Special Verdict instructions.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH # 767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 99001-2049

15. The recent holdings of the Washington State Supreme Court in Goldberg, Bashaw and Scott, supra, are on point with the petitioner's unresolved state appeal issues that must be fully and fairly presented to all levels of the state's appellate court system to meet federal exhaustion requirements prior to changing the order to stay my federal habeas corpus proceedings.

16. I am waiting for the State Supreme Court's written opinion in the Scott case to be published since this holding would effect the merits of my pleadings. I anticipate incorporating the court's decision in In re PRP of Scott ___ Wn.2d ___ (2011) in my pleadings before the Washington State courts.

### III. CONCLUSION

Based on the above facts and authorities, the petitioner respectfully requests the stay be continued until the issues regarding jury instructions, charging information documents and the invalid Judgement and Sentences in this case are fully resolved. Petitioner believes these issues are ripe for review and that the Washington State Courts are obligated to address these issues prior to proceeding with the habeas corpus proceedings.

Petitioner prays that this request will not inconvenience the Court or prejudice the respondent in this matter. He believes, in good faith, that it is a prudent use of judicial resources to resolve this matter at the lowest state court possible. Only the petitioner will suffer the consequences of continuing the stay because it could result in additional time in prison if it this matter is not resolved in the state courts.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH ® # 767997
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 99001-2049

However, if the U.S. District Court, for good cause and in their discretion, decides to lift the stay of the habeas corpus proceedings, I would request that the above identified unresolved state appeal issues be reserved for a second, successive habeas petition by order of the court.

I declare under the penalty of perjury under the laws of the State of Washington, pursuant to RCW 9A.72.065, and the laws of the United States, pursuant to Title 28 U.S.C., section 1746, that the foregoing is true and correct to the best of my knowledge and ability.

EXECUTED "WITHOUT PREJUDICE" this __22nd__ day of __MAY__, 2011.

s/ NICHOLAS CENCICH©®
Petitioner/Debtor

Creditor accepts Debtor's signature.
Creditor's Signature (Original in Blue Ink) _Nicholas John: Cencich_
Autograph Common Law Copyright © Registered ® 1971 by Nicholas John: Cencich. All Rights Reserved.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH©® # 767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 99001-2049

CERTIFICATE OF MAILING

I certify that, in compliance with FRAP 4(c)(1)—the "Mail Box Rule" —as interpreted in <u>Davis v. Woodford</u>, 446 F.2d 957, 960 9th Cir. 2005), I have turned over the originals(s) and br copy(s) of the documents listed below to the correctional authorities for the Washington State Department of Corrections at Airway Heights Corrections Center, to be deposited in the U.S. Postal Service:

THIS CERTIFICATE OF MAILING

REPORT AND DECLARATION OF FACTS ADVISING COURT OF STATUS OF STATE APPEAL

To the following entity(s)"

U.S. DISTRICT COURT—WESTERN WASHINGTON AT TACOMA
3100 U.S. COURTHOUSE * 1717 PACIFIC AVENUE
TACOMA, WASHINGTON 98402-3200
ATTEN. THE HONORABLE KAREN L. STROMBOM

JOHN J. SAMSON, ASSISTANT ATTORNEY GENERAL
CORRECTIONS DIVISION * P.O. BOX 40116
OLYMPIA, WASHINGTON 98504-0116

POSTAGE PREPAID

I declare under penalty of perjury under the laws of the State of Washington, pursuant to RCW 9A.72.065, and the laws of the United States, pursuant to Title 28 U.S.C., section 1746, that the foregoing is true and correct.

EXECUTED "WITHOUT PREJUDICE" pursuant to UCC 1-201; 1-207; 3-401 and 3-419(b) on this **22nd** day of **MAY**, 2011.

s/ NICHOLAS CENCICH©®
Petitioner / Debtor

Creditor accepts Debtor's Signature.
Creditor's Signature (In Blue Ink) _____
Autograph Common Law Copyrite © Registered ® 1971 by Nicholas John: Cencich. All Rights Reserved.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH©® # 767997
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights WA 98001-2049



**POSTAGE TRANSFER**
TRANSFERENCIA DEL COSTO DE FRANQUEO

DOC LOG NO. 12633
A 51

POSTAGE DUE / FRANQUEO A PAGAR: $ 1.08

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE. IF NO BOX IS CHECKED, THE WITHDRAWAL WILL BE PROCESSED FROM MY SPENDABLE ACCOUNT.

- [ ] FUNDS ON HOLD
- [x] POSTAGE ACCOUNT
- [ ] INDIGENT
- [x] LEGAL MAIL
- [ ] PROPERTY
- [ ] POSTAGE DUE

OFFENDER NAME: NICHOLAS CENCICH
DOC NUMBER: 767897
HALL/UNIT: R/A-51L
DATE: 05/22/11

1st CLASS MAIL OPTIONS:
- [ ] INSURED
- [ ] CERTIFIED ONLY
- [ ] CERTIFIED & RETURN RECEIPT

PROPERTY OPTIONS:
- [ ] US POSTAL SERVICE
- [ ] 1st CLASS
- [ ] PARCEL POST
- [ ] INSURANCE
- [ ] GROUND COURIER

ITEM WEIGHT: OZ 1.8
- [ ] PARCEL
- [x] FLAT

MAIL ROOM STAFF: (signature)
DATE MAILED: 5/23/11

NAME: U.S. DISTRICT COURT WESTERN WASHINGTON AT TACOMA
STREET: 3100 COURTHOUSE - 1717 PACIFIC AVE
CITY: TACOMA  STATE: WA  ZIP: 98402-3200

COMMENTS: Report + Declaration Ordered By Court

DOC 02-003 ES (Rev. 11/19/10)   White – Offender Banking   Canary – Mail Staff   Pink – Offender   DOC 450.100

---

**POSTAGE TRANSFER**
TRANSFERENCIA DEL COSTO DE FRANQUEO

DOC LOG NO. 12633
A 51

POSTAGE DUE / FRANQUEO A PAGAR: $ 1.08

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE. IF NO BOX IS CHECKED, THE WITHDRAWAL WILL BE PROCESSED FROM MY SPENDABLE ACCOUNT.

- [ ] FUNDS ON HOLD
- [x] POSTAGE ACCOUNT
- [ ] INDIGENT
- [x] LEGAL MAIL
- [ ] PROPERTY
- [ ] POSTAGE DUE

OFFENDER NAME: NICHOLAS CENCICH
DOC NUMBER: 767897
HALL/UNIT: R/A-51L
DATE: 05/22/11

ITEM WEIGHT: OZ 1.7
- [ ] PARCEL
- [x] FLAT

DATE MAILED: 5/23/11

NAME: JOHN SAMPSON, ASSISTANT ATTORNEY GENERAL
STREET: CORRECTIONS DIVISION • P.O. BOX 40116
CITY: OLYMPIA  STATE: WA  ZIP: 98504-0116

COMMENTS: Report + Declaration Ordered By Court

DOC 02-003 ES (Rev. 11/19/10)   White – Offender Banking   Canary – Mail Staff   Pink – Offender   DOC 450.100

EXHIBIT NO. 2

WASHINGTON STATE SUPREME CLERK'S E-MAIL
RE: PRP OF JOSHUA DEAN SCOTT [SC Case No. 2-82951-9]

[ Dated December 29, 2011 ]

REPORT & DECLARATION OF
FACTS ADVISING COURT OF
STATUS OF STATE APPEAL
( January 8, 2012)

EXHIBIT NO. 2

# RE: case no 2-82951-9

From: **OFFICE RECEPTIONIST, CLERK** (SUPREME@COURTS.WA.GOV)
Sent: Thu 12/29/11 8:59 AM
To: 'Connie Myers' (connieswhitedovewood@hotmail.com)

| 11/16/2010 | Heard and awaiting decision |
|---|---|

| Case # 829519 | Court : SUPREME COURT | Status : Heard |
|---|---|---|
| Personal Restraint Petition of Joshua Dean Scott ||| 

---

**From:** Connie Myers [mailto:connieswhitedovewood@hotmail.com]
**Sent:** Thursday, December 29, 2011 8:57 AM
**To:** OFFICE RECEPTIONIST, CLERK
**Subject:** case no 2-82951-9

Dear Supreme Court Clerk,

Has there been issued a written opinion under Supreme Court case no 2-82951-9?
Oral arguments were on 11-16-2010.

Thank you for your time and efforts.

**EXHIBIT NO. 3**
LETTER FROM SUPREME COURT CLERK
[ Dated August 5, 2010 ]

REPORT & DECLARATION OF
FACTS ADVISING COURT OF
STATUS OF STATE APPEAL
( January 8, 2012 )

# THE SUPREME COURT
## STATE OF WASHINGTON



RONALD R. CARPENTER
SUPREME COURT CLERK

SUSAN L. CARLSON
DEPUTY CLERK / CHIEF STAFF ATTORNEY

TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

August 5, 2010

Nicholas J. Cencich
#767897 / R/A-51L
Airway Heights Corrections Center
P.O. Box 2049
Airway Heights, WA 99001-2049

**LEGAL COPY**

Carol L. La Verne
Thurston County Prosecutor's Office
2000 Lakeridge Drive SW, Building 2
Olympia, WA 98502-6045

Re: Supreme Court No. 83894-1 - Personal Restraint Petition of: Nicholas J. Cencich
Court of Appeals No. 38529-5-II

Counsel and Mr. Cencich:

The Petitioner's "MOTION TO APPLY STATE V. BASHAW" (motion), which is dated August 2, 2010, was received on this date and placed in the closed file without further action. The matter is not subject to reconsideration, and the Court does not issue a mandate in a denial of a motion to modify a Court Commissioner's ruling denying a motion for discretionary review, see the last sentence of RAP 12.4(a) as well as RAP 12.5(a) and RAP 12.3(a).

Sincerely,

Ronald R. Carpenter
Supreme Court Clerk

RRC:daf

**EXHIBIT NO. 4**
SUPREME COURT CLERK'S RESPONSE TO
MOTION TO MODIFY CLERK'S RULING

[ Dated September 2, 2010 ]

REPORT & DECLARATION OF
FACTS ADVISING COURT OF
STATUS OF STATE APPEAL
( January 8, 2012 )

EXHIBIT NO. 4

# LEGAL COPY

*[Handwritten annotation: 9/21/10 Placed in closed file without further action; Clerk's administrative action not subject to motion to modify. Pleading not cognizable as a personal restraint petition.]*

| | |
|---|---|
| Personal Restraint Petition of:<br><br>NICHOLAS J. CENCICH©® | SC CASE NO. 83894-1<br>(COA NO. 38529-5-II)<br><br>MOTION TO MODIFY CLERK'S RULING (RAP 13.5A(a)(1); RAP 13.3(e); RAP 17.7) |

## I. IDENTITY OF MOVING PARTY

NICHOLAS J. CENCICH©® is the Moving Party/Petitioner in this case. He is currently residing at Airway Heights Corrections Center at 11919 West Sprague P.O. Box 2049 R/A-51L * Airway Heights, Washington 99001.

## II. STATEMENT OF RELIEF SOUGHT

The Moving Party, pro se, requests the Chief Justice of the Washington State Supreme Court to modify the Clerk's August 5, 2010 Ruling to not consider his MOTION TO APPLY STATE V. BASHAW, ___ Wn.2d ___ (No. 81633-6 July 1, 2010) and accept review of the issues raised in his Personal Restraint Petition (SC Case No. 83894-1) in light of the Bashaw decision.

MOTION TO MODIFY
CLERK'S AUGUST 5,
2010 RULING

-1-

NICHOLAS CENCICH©® # 767897
Petitioner/Moving Party, Pro Se
c/o AHCC * P.O. BOX 2049 R/A-51L
Airway Heights, WA 98001-2049

Placed in the closed file without further action; Clerk's administrative action not subject to a motion to modify. Pleading not cognizable as a Personal Restraint Petition.

CERTIFICATE OF MAILING

I certify that, in compliance with FRAP 4(c)(1)--the "Mail Box Rule" --as interpreted in Davis v. Woodford, 446 F.2d 957, 960 (9th Cir. 2005), I have turned over the originals(s) and or copy(s) of the documents listed below to the correctional authorities for the Washington State Department of Corrections at Airway Heights Corrections Center, to be deposited in the United States Postal Service:

THIS CERTIFICATE OF MAILING

REPORT AND DECLARATION OF FACTS ADVISING COURT OF STATUS OF STATE APPEAL (January 8, 2012)

To the following entity(s):

U.S. DISTRICT COURT--WESTERN WASHINGTON AT TACOMA
3100 U.S. COURTHOUSE * 1717 PACIFIC AVENUE
TACOMA, WASHINGTON 98402-3200
ATTEN. THE HONORABLE KAREN L. STROMBOM

JOHN J. SAMSON, ASSISTANT ATTORNEY GENERAL
CORRECTIONS DIVISION * P.O. Box 40116
OLYMPIA, WASHINGTON 98504-0116

POSTABE PREPAID

I declare under penalty of perjury under the laws of the State of Washington, pursuant to RCW 9A.72.065, and the laws of the United States, pursuant to Title 28 U.S.C., section 1746, that the foregoing is true and correct.

EXECUTED "WITHOUT PREJUDICE" pursuant to UCC 1-201; 1-308; 3-401 and 3-419(b) (2005 Edition) on this 8TH day of JANUARY, 2012.

s/ NICHOLAS CENCICH ©®
Petitioner / Debtor

Creditor Accepts Debtor's Signature
Creditor's Signature (In Blue Ink) _____
Autograph Common Law Copyright © Registered ® 1971 by Nicholas John: Cencich. All Rights Reserved.

REPORT AND DECLARATION
OF FACTS ADVISING COURT
OF STATUS OF STATE APPEAL

NICHOLAS CENCICH ©® # 767897
PRO SE PETITIONER / DEBTOR
c/o AHCC * P.O. Box 2049 R/A-51L
Airway Heights WA [99001-2049]