# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NICHOLAS J. CENCICH,

        Petitioner,

v.

MAGGIE MILLER-STOUT,

        Respondent.

CASE NO. C10-5164 BHS-KLS

ORDER GRANTING EXTENSION OF TIME AND SUBMISSION OF HANDWRITTEN PLEADINGS

Before the Court is Petitioner's motion for extension of time, until June 8, 2012, to file a reply to Respondent's Answer to his habeas petition. Petitioner also requests that the Court accept his handwritten response on lined, three-hole writing paper. ECF No. 32. He claims that he presently has no access to a typewriter and related writing supplies.

It is hereby **ORDERED:**

(1) Petitioner's motion (ECF No. 32) is **GRANTED.** Petitioner may file his handwritten reply on lined, three-hole writing paper **on or before June 8, 2012.**

(2) The Clerk shall send a copy of this Order to Petitioner and to counsel for Respondent.

**DATED** this 16th_ day of May, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1