UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS J. CENCICH,

                Petitioner,

   v.

MAGGIE MILLER-STOUT,

                Respondent.

CASE NO. C10-5164 BHS-KLS

ORDER GRANTING PETITIONER'S
EXTENSION OF TIME TO FILE
REPLY

Before the Court is Petitioner's second motion for extension of time to file a reply to Respondent's answer to his habeas petition. ECF No. 36. On May 16, 2012, Petitioner was granted a thirty day extension of time. ECF No. 35. He now requests an additional forty days to complete his research due to limited library access at the Airway Heights Corrections Center. ECF No. 37. Although the motion is noted for June 29, 2012, the Court finds that Respondent will not be prejudiced by allowing Petitioner additional time to file his reply.

Accordingly, it is hereby **ORDERED:**

(1)     Petitioner's motion (ECF No. 36) is **GRANTED.** Petitioner may file his reply **on or before July 20, 2012.** The Clerk shall **re-note** the petition for **July 20, 2012.**

\\

\\

1       (2)     The Clerk shall send a copy of this Order to Petitioner and to counsel for

2 Respondent.

3       **DATED** this 14th day of June, 2012.

4

5

6                              Karen L. Strombom
                             United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24