UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS J. CENCICH,

        Petitioner,

v.

MAGGIE MILLER-STOUT,

        Respondent.

CASE NO. C10-5164 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 40. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for habeas corpus (Dkt. 7) is **DENIED**;

(3)    A certificate of appealability is **DENIED**; and

(4)    This case is closed.

Dated this 25th day of September, 2012.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER